IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LINDA S. LOWTHER                                                          PLAINTIFF

    v.                                         CIVIL NO. 08-2043

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                           DEFENDANT

## J U D G M E N T

Now on this 31st day of _July_ 2009, comes on for consideration the Report and Recommendation dated July 7, 2009, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; reverses the decision of the Commissioner; and remands this case to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

If plaintiff wishes to request an award of attorney fees and cost under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended. _See Shalala v. Schaefer_, 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

IT IS SO ORDERED.

**U. S. DISTRICT COURT**
**WESTERN DISTRICT ARKANSAS**
**FILED**

### JUL 3 1 2009

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)