IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LINDA S. LOWTHER                                       PLAINTIFF

v.                             CIVIL NO. 08-2043

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                      DEFENDANT

## ORDER

On this 16th day of November 2009, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to 42 U.S.C. § 406(b). For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on October 27, 2009, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $2506.35.

IT IS SO ORDERED.

                                              HONORABLE ROBERT T. DAWSON
                                              UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

NOV 16 2009

CHRIS R. JOHNSON, CLERK
BY            DEPUTY CLERK

AO72A
(Rev. 8/82)